# ATTACHMENT A

*Redacted Docket Materials*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : | |
| OF THE UNITED STATES OF AMERICA : | |
| FOR AN ORDER AUTHORIZING PEN : | Misc. No. |
| REGISTER, TRAP AND TRACE, AND : | (Under Seal) |
| CALLER IDENTIFICATION DEVICE ON : | |
| CELLULAR TELEPHONE NUMBER : | |
| ▉▉▉▉▉▉▉ : | |

### APPLICATION FOR PEN REGISTER, TRAP AND TRACE, AND CALLER IDENTIFICATION DEVICE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTIONS 3122 AND 3123

The United States of America, by and through its counsel, Channing D. Phillips, United States Attorney for the District of Columbia, and Peter Lallas, Assistant United States Attorney, hereby applies to the Court for an order authorizing the installation and use of a pen register and trap and trace on the telephone presently assigned number ▉▉▉▉▉▉▉ (hereinafter "subject cellular telephone number"), a cellular telephone subscribed to by ▉▉▉▉▉▉▉ In support of this Application, the United States certifies the following:

### PEN REGISTER AND TRAP AND TRACE

1. The Applicant is an "attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure, and therefore, pursuant to Title 18, United States Code, Section 3122, may apply for an order authorizing the installation and use of a pen register, trap and trace, and/or a caller identification device.

2.  The Applicant certifies that the Federal Bureau of Investigation (hereinafter "Agency") is conducting a criminal investigation of the user(s) of the cellular telephone identified above and others in connection with possible violations of federal laws, including Title 18, United States Code, Section 1791. Based upon reliable information, it is believed that the user(s) of the subject cellular telephone number subscribed to by ███████ tilizes the cellular telephone in violation of Title 18, United States Code, Section 1791.

3. The Applicant further certifies that the information likely to be obtained from the pen register and trap and trace device is relevant to the ongoing criminal investigation being conducted by the Agency. It is believed this information will provide the agents with investigative leads and potential evidence at trial concerning contacts made by the targets in the course of their criminal activity. The information to be obtained from the caller identification feature is geographically limited only by the technology of the service provider for the cellular telephone, and the technology of the originating telephone number service providers, with no geographic limit for the trap and trace.

4.  Pursuant to Title 18, United States Code, Sections 3122 and 3123, the Applicant requests that the Court issue an order authorizing the installation and use of a pen register, trap and trace and caller identification device (1) to record numbers dialed to or pulsed from the subject cellular telephone number, to record the date and time of such dialings or pulsings; and (2) the use of the trap and trace and caller identification device on the subject cellular telephone number to capture the incoming electronic and other impulses which identify the originating number of a wire or electronic communication, and the date and time of such incoming pulses, for a period of 60 days

to begin upon installation of the pen register, trap and trace and caller identification device or ten (10) days after the signing of the requested Order, whichever event occurs sooner.[1]

5. The Applicant further requests that the order direct Sprint (hereinafter "Service Provider"), to furnish all information, facilities and technical assistance necessary to accomplish the installation of the pen register, trap and trace and the caller identification device unobtrusively with a minimum of interference with the services that the provider accords the subscriber(s), and with compensation to be paid by the Agency for reasonable expenses incurred in providing such facilities and assistance.

6. The Applicant requests further that the Court's Order direct the Service Provider, its agents, employees and affiliates not to disclose to the subscriber, or to any other person, the existence of the requested pen register, trap and trace, or the caller identification device, or of this investigation, unless or until otherwise ordered by the Court.

7. It is further requested that the Court's Order apply not only to the cellular telephone bearing the subject cellular telephone number, but also to any telephone number(s) subsequently assigned to any instrument bearing the same mobile service identification number as the subject telephone number, or any changed mobile service identification number subsequently assigned to the same telephone number, or any additional changed telephone numbers and/or mobile service identification number, whether the changes occur consecutively or simultaneously, which are listed to the same subscriber and wireless telephone account number as the subject cellular telephone within the 60 day period authorized by this Order.

---

[1] On November 4, 2015, this Court granted an Application of the United States for a pen register and trap and trace for the same phone number in Case No. ▓▓▓▓▓▓▓ On December 23, 2015, this Court granted an Application of the United States for a pen register and trap and trace for the same phone number in Case No. ▓▓▓▓▓▓▓ That Order expired on February 23, 2016.

3

8. It is further requested that the Court's Order apply to the Service Provider, and to any other communications service provider which contracts or otherwise agrees to provide cellular telephone service to a telephone bearing the same telephone number or mobile service identification number during the sixty day period authorized by this Order.

9. Because disclosure of this Application could jeopardize the investigation for which the authorization to install and use the pen register, trap and trace and caller identification device is sought, the Applicant further requests that this application be filed under seal, pursuant to Title 18, United States Code Section, 3123(d)(1). The Applicant further requests that this Court's Order, and any subsequent orders, be sealed until otherwise ordered by the Court.

**WHEREFORE,** it is respectfully requested that the Court grant an order authorizing the installation and use of a pen register, trap and trace and caller identification device for a period of 60 days to begin upon installation of the pen register, trap and trace and caller identification device or ten (10) days after the signing of the requested Order, whichever event occurs sooner (1) to record numbers dialed or pulsed from the subject cellular telephone number; (2) to capture the incoming electronic or other impulses which identify the originating number of a wire or electronic communication, and signaling and routing relating to the subject cellular telephone number, and to record the length of time the telephone receivers in question are in use for incoming or outgoing calls; (3) directing the Service Provider to furnish forthwith to the Agency all information, facilities, and technical assistance necessary to accomplish the installation and use of the devices unobtrusively and with minimum interference to the service presently accorded persons whose dialings or pulsings are the subject of the pen register, trap and trace, and caller identification device, and (4) sealing this Application and the Court's Order.

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 15th day of March, 2016.

CHANNING D. PHILLIPS
United States Attorney

By: _____
Peter C. Lallas
New York Bar No. 4290623
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-6879
Peter.Lallas@usdoj.gov

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION :
OF THE UNITED STATES OF AMERICA :
FOR AN ORDER AUTHORIZING PEN : Misc. No.
REGISTER, TRAP AND TRACE, AND : (Under Seal)
CALLER IDENTIFICATION DEVICE ON :
CELLULAR TELEPHONE NUMBER :
▮▮▮▮▮▮▮▮▮▮ :

## ORDER

This matter having come before the Court pursuant to the Government's Application under Title 18, United States Code, Section 3122, by Assistant United States Attorney Peter Lallas, an attorney for the government, which Application requests an Order under Title 18, United States Code, Section 3123, authorizing the installation and use of a pen register and trap and trace device on ▮▮▮▮▮ (hereinafter "subject cellular telephone number"), a cellular telephone, and the Court makes the following findings:

## FINDINGS

**Findings Pursuant to Title 18, United States Code, Section 3123**

1. The Court finds that the Applicant has certified to the Court that he/she is an "attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure.

2. The numbers dialed or pulsed to and from the subject cellular telephone subscribed to by ▮▮▮▮▮▮▮▮ re relevant to an ongoing criminal investigation of possible violations of Title 18, United States Code, Section 1791.  It is

**ORDERED**, that pursuant to Title 18, United States Code, Section 3123, that agents of the Federal Bureau of Investigation (hereinafter "Agency") may install and use pen register, trap and trace and caller identification device on the subject cellular telephone number (1) to record numbers dialed to or pulsed from the subject cellular telephone number, to record the date and time of such dialings or pulsings; and (2) to capture the incoming electronic and other impulses reasonably likely to identify the source of a wire or electronic communication and the date and time of such incoming pulses, for a period of sixty (60) days to commence upon the expiration of authority under any previous order or upon the date of this order. It is

**FURTHER ORDERED**, pursuant to Title 18, United States Code, Section 3123(b)(2), that Sprint, (hereinafter "Service Provider"), shall furnish to the Agency forthwith all information, facilities and technical assistance necessary to accomplish the installation of the devices unobtrusively and with minimum interference with the services that are accorded persons whose dialings and pulsings are the subject of the pen register, the trap and trace device. It is

**FURTHER ORDERED**, that this Order shall apply not only to the subject cellular telephone number, but also to any telephone number(s) subsequently assigned to an instrument bearing the same mobile service identification number as the subject cellular telephone number, or any changed mobile service identification number subsequently assigned to the same telephone number, or to additional changed telephone numbers and/or mobile service identification number, whether the changes occur consecutively or simultaneously, which are listed to the same subscriber and wireless telephone account number as the subject cellular telephone number within the 60 day period authorized by this Order. It is

**FURTHER ORDERED,** that this Order shall apply to the Service Provider, and to any other service provider which contracts or otherwise agrees to provide cellular telephone service to a telephone bearing the same telephone number and/or mobile service identification number during the 60 day period contemplated by the Order in this matter.

**IT IS FURTHER ORDERED**, that the Service Provider, or any other service provider to whom this Order applies, shall be compensated by the Agency for reasonable expenses incurred in providing technical assistance; and

**IT IS FURTHER ORDERED**, that this Order and the Application shall be sealed until otherwise ordered by the Court and that the Service Provider, its agents, employees and affiliates, shall not disclose the existence of the pen register and trap and trace device or the existence of the investigation to the listed subscriber, or to any other person, unless or until otherwise ordered by the Court.

**SO ORDERED** this \_\_\_\_\_ day of March, 2016.

_____
HONORABLE G. MICHAEL HARVEY
United States Magistrate Judge

CaSease16-28cp00529995MNASPaLEDDentD006-theRiled BReB102316P16gePage12of3

FILED
MAR 1 6 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case: 1:16-mc-00521
Assigned To : Harvey, G. Michael
Assign. Date : 3/16/2016
Description: Misc.

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING PEN
REGISTER, TRAP AND TRACE, AND
CALLER IDENTIFICATION DEVICE ON
CELLULAR TELEPHONE NUMBER

(Under Seal)

## ORDER

This matter having come before the Court pursuant to the Government's Application under Title 18, United States Code, Section 3122, by Assistant United States Attorney Peter Lallas, an attorney for the government, which Application requests an Order under Title 18, United States Code, Section 3123, authorizing the installation and use of a pen register and trap and trace device on ▇▇▇▇ (hereinafter "subject cellular telephone number"), a cellular telephone, and the Court makes the following findings:

## FINDINGS

**Findings Pursuant to Title 18, United States Code, Section 3123**

1. The Court finds that the Applicant has certified to the Court that he/she is an "attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure.

2. The numbers dialed or pulsed to and from the subject cellular telephone subscribed to by ▇▇▇▇ are relevant to an ongoing criminal investigation of possible violations of Title 18, United States Code, Section 1791. It is

**ORDERED**, that pursuant to Title 18, United States Code, Section 3123, that agents of the Federal Bureau of Investigation (hereinafter "Agency") may install and use pen register, trap and trace and caller identification device on the subject cellular telephone number (1) to record numbers dialed to or pulsed from the subject cellular telephone number, to record the date and time of such dialings or pulsings; and (2) to capture the incoming electronic and other impulses reasonably likely to identify the source of a wire or electronic communication and the date and time of such incoming pulses, for a period of sixty (60) days to commence upon the expiration of authority under any previous order or upon the date of this order. It is

**FURTHER ORDERED**, pursuant to Title 18, United States Code, Section 3123(b)(2), that Sprint, (hereinafter "Service Provider"), shall furnish to the Agency forthwith all information, facilities and technical assistance necessary to accomplish the installation of the devices unobtrusively and with minimum interference with the services that are accorded persons whose dialings and pulsings are the subject of the pen register, the trap and trace device. It is

**FURTHER ORDERED**, that this Order shall apply not only to the subject cellular telephone number, but also to any telephone number(s) subsequently assigned to an instrument bearing the same mobile service identification number as the subject cellular telephone number, or any changed mobile service identification number subsequently assigned to the same telephone number, or to additional changed telephone numbers and/or mobile service identification number, whether the changes occur consecutively or simultaneously, which are listed to the same subscriber and wireless telephone account number as the subject cellular telephone number within the 60 day period authorized by this Order. It is

**FURTHER ORDERED,** that this Order shall apply to the Service Provider, and to any other service provider which contracts or otherwise agrees to provide cellular telephone service to a telephone bearing the same telephone number and/or mobile service identification number during the 60 day period contemplated by the Order in this matter.

**IT IS FURTHER ORDERED**, that the Service Provider, or any other service provider to whom this Order applies, shall be compensated by the Agency for reasonable expenses incurred in providing technical assistance; and

**IT IS FURTHER ORDERED**, that this Order and the Application shall be sealed until otherwise ordered by the Court and that the Service Provider, its agents, employees and affiliates, shall not disclose the existence of the pen register and trap and trace device or the existence of the investigation to the listed subscriber, or to any other person, unless or until otherwise ordered by the Court.

**SO ORDERED** this 16th day of March, 2016.

_____
HONORABLE G. MICHAEL HARVEY
United States Magistrate Judge